## United States Bankruptcy Court
### District of Kansas

In re: **Mark Anthony Cherry, Jr.**
**Erin Elizabeth Cherry**
Debtor(s)

Case No.
Chapter **13**

# DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Mark Anthony Cherry, Jr.**, declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I, **Erin Elizabeth Cherry**, declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Executed on **July 13, 2015** (date) by **/s/ Mark Anthony Cherry, Jr.**
**Mark Anthony Cherry, Jr.** (debtor)

Executed on **July 13, 2015** (date) by **/s/ Mark Anthony Cherry, Jr., as attorney-in-fact for Erin Elizabeth Cherry**
**Erin Elizabeth Cherry** (joint debtor)

# DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
| | CHERRY MARK ANTHONY JR | *****6000 | E4 | 100127 | 05 | 151119 | ARMY | 4812 | 1-31 MAY 15 |

| | ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|---|
| | Type | Amount | Type | Amount | Type | Amount | | |
| A | BASE PAY | 2351.40 | FEDERAL TAXES | 30.12 | TRICARE DENTAL | 33.88 | +Amt Fwd | .00 |
| B | BAS | 367.92 | FICA-SOC SECURITY | 145.79 | | | +Tot Ent | 3886.32 |
| C | BAH | 1167.00 | FICA-MEDICARE | 34.10 | | | -Tot Ded | 2048.73 |
| D | | | SGLI | 29.00 | | | -Tot Allt | 33.88 |
| E | | | AFRH | .50 | | | =Net Amt | 1803.71 |
| F | | | SGLI FAM/SPOUSE | 5.00 | | | -Cr Fwd | .00 |
| G | | | MID-MONTH-PAY | 1804.22 | | | =EOM Pay | 1803.71 |
| H-O | | | | | | | | |
| | | | | | | | DIEMS 090929 | RETPLAN CHOICE |
| | TOTAL | 3886.32 | | 2048.73 | | 33.88 | | |

| LEAVE | BF Bal | Ernd | Used | Cr Bal | ETS Bal | Lv Lost | Lv Paid | Use/Lose | FED TAXES | Wage Period | Wage YTD | M/S | Ex | Add'l Tax | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 24.5 | 20.0 | 5 | 39.5 | 54.0 | .0 | .0 | .0 | | 2351.40 | 11734.50 | M | 04 | .00 | 414.99 |

| FICA TAXES | Wage Period | Soc Wage YTD | Soc Tax YTD | Med Wage YTD | Med Tax YTD | STATE TAXES | St | Wage Period | Wage YTD | M/S | Ex | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2351.40 | 11757.00 | 728.95 | 11757.00 | 170.50 | | IL | .00 | .00 | M | 02 | .00 |

| PAY DATA | BAQ Type | BAQ Depn | VHA Zip | Rent Amt | Share | Stat | JFTR | Depns | 2D JFTR | BAS Type | Charity YTD | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W/DEP | SPOUSE | 66442 | 1.00 | 1 | R | | 0 | | | .00 | | ESAJHBT0 |

| TRADITIONAL PLAN (TSP) | Base Pay Rate | Base Pay Current | Spec Pay Rate | Spec Pay Current | Inc Pay Current | Inc Pay Current | Bonus Pay Rate | Bonus Pay Current |
|---|---|---|---|---|---|---|---|---|
| | 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |
| ROTH PLAN | 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |

| CONTRIBUTIONS TOTALS | YTD Deductions | YTD TSP Deferred | YTD TSP Exempt | YTD ROTH |
|---|---|---|---|---|
| | .00 | .00 | .00 | .00 |

**REMARKS:** YTD ENTITLE 19867.20    YTD DEDUCT 1509.44

IF TSP ELECTION AMT EXCEEDS NET AMT
DUE, TSP WILL NOT BE DEDUCTED.
-URGENT: MANAGE YOUR LEAVE. ON 30 SEP 15, YOU
WILL LOSE ALL ACCRUED LEAVE OVER 60 DAYS,
UNLESS SPECIAL LEAVE ACCRUAL APPLIES. THE
USE/LOSE LEAVE BLOCK ON YOUR LES CORRECTLY
REFLECTS YOUR PROJECTED NUMBER OF USE/LOSE
DAYS.
-REVIEW YOUR LES EVERY MONTH TO ENSURE YOU
ARE RECEIVING THE CORRECT PAY AND
ENTITLEMENTS. IF NOT, SEE YOUR COMMANDER AND
PAYMASTER TODAY!
-USE YOUR DENTAL BENEFITS! THE TRICARE DENTAL
PROGRAM COVERS TWO EXAMS AND CLEANINGS A

YEAR, PLUS OTHER BENEFITS. VISIT
WWW.METLIFE.COM/TRICARE.
-WANT TO GIVE SOMEONE VIEW ONLY ACCESS
TO YOUR PAY? GO TO THE MYPAY WEBSITE,
MAIN MENU, PERSONAL SETTINGS, AND LIMITED
ACCESS ACCOUNT FOR DETAILS.
-YOUR PERSONAL STATEMENT OF MILITARY
COMPENSATION IS NOW AVAILABLE ON MYPAY.
MEMBER'S SGLI COVERAGE AMOUNT IS $400,000
FAM/SPOUSE SGLI COVERAGE AMOUNT IS $100,000
TD FORM W-4 RECEIVED, VERIFY INPUT
BAH BASED ON W/DEP, ZIP 66442
BANK TRUSTBANK

WWW.DFAS.MIL

DFAS Form 702, Jan 02

# DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
| | CHERRY MARK ANTHONY JR | *****6000 | E4 | 100127 | 05 | 151119 | ARMY | 4812 | 1-30 JUN 15 |

## ENTITLEMENTS / DEDUCTIONS / ALLOTMENTS / SUMMARY

| | Type | Amount | Type | Amount | Type | Amount | Summary | |
|---|---|---|---|---|---|---|---|---|
| A | BASE PAY | 2351.40 | FEDERAL TAXES | 30.12 | TRICARE DENTAL | 33.88 | +Amt Fwd | .00 |
| B | BAS | 367.92 | FICA-SOC SECURITY | 145.79 | | | +Tot Ent | 3886.32 |
| C | BAH | 1167.00 | FICA-MEDICARE | 34.10 | | | -Tot Ded | 2048.73 |
| D | | | SGLI | 29.00 | | | -Tot Allt | 33.88 |
| E | | | AFRH | .50 | | | =Net Amt | 1803.71 |
| F | | | SGLI FAM/SPOUSE | 5.00 | | | -Cr Fwd | .00 |
| G | | | MID-MONTH-PAY | 1804.22 | | | =EOM Pay | 1803.71 |
| H-O | | | | | | | | |
| | TOTAL | 3886.32 | | 2048.73 | | 33.88 | | |

DIEMS 090929    RETPLAN CHOICE

| LEAVE | BF Bal | Ernd | Used | Cr Bal | ETS Bal | Lv Lost | Lv Paid | Use/Lose | FED TAXES | Wage Period | Wage YTD | M/S | Ex | Add'l Tax | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 24.5 | 22.5 | 5 | 42.0 | 54.0 | .0 | .0 | .0 | | 2351.40 | 14085.90 | M | 04 | .00 | 445.11 |

| FICA TAXES | Wage Period | Soc Wage YTD | Soc Tax YTD | Med Wage YTD | Med Tax YTD | STATE TAXES | St | Wage Period | Wage YTD | M/S | Ex | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2351.40 | 14108.40 | 874.74 | 14108.40 | 204.60 | | IL | .00 | .00 | M | 02 | .00 |

| PAY DATA | BAQ Type | BAQ Depn | VHA Zip | Rent Amt | Share | Stat | JFTR | Depns | 2D JFTR | BAS Type | Charity YTD | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W/DEP | SPOUSE | 66442 | 1.00 | 1 | R | | 0 | | | .00 | | ESAJHBT0 |

| TRADITIONAL PLAN (TSP) | Base Pay Rate | Base Pay Current | Spec Pay Rate | Spec Pay Current | Inc Pay Current | Inc Pay Current | Bonus Pay Rate | Bonus Pay Current |
|---|---|---|---|---|---|---|---|---|
| | 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |

| ROTH PLAN | Base Pay Rate | Base Pay Current | Spec Pay Rate | Spec Pay Current | Inc Pay Current | Inc Pay Current | Bonus Pay Rate | Bonus Pay Current |
|---|---|---|---|---|---|---|---|---|
| | 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |

| CONTRIBUTIONS TOTALS | YTD Deductions | YTD TSP Deferred | YTD TSP Exempt | YTD ROTH |
|---|---|---|---|---|
| | .00 | .00 | .00 | .00 |

**REMARKS:** YTD ENTITLE 23753.52    YTD DEDUCT 1753.95

IF TSP ELECTION AMT EXCEEDS NET AMT
DUE, TSP WILL NOT BE DEDUCTED.
-URGENT: MANAGE YOUR LEAVE. ON 30 SEP 15, YOU
WILL LOSE ALL ACCRUED LEAVE OVER 60 DAYS,
UNLESS SPECIAL LEAVE ACCRUAL APPLIES.
-ARE YOU BEING PAID CORRECTLY? VERIFY BY
REVIEWING YOUR LES TO ENSURE YOU ARE
RECEIVING THE CORRECT PAY AND ENTITLEMENTS.
IF NOT, SEE YOUR COMMANDER AND PAYMASTER
TODAY TO UPDATE YOUR PAY!
-ADOPTING A CHILD? YOU COULD BE REIMBURSED
FOR UP TO $2000 IN EXPENSES. SEE YOUR
COMMANDER/PERSONNEL OFFICE FOR DETAILS.

-REMINDER: DS LOGON IS NOW AVAILABLE FOR
SINGLE SIGN-ON ACCESS TO YOUR PERSONAL VA AND
DOD DATA. TO REGISTER, GO TO
MYACCESS.DMDC.OSD.MIL.
-HELP SHAPE THE ARMY OF THE FUTURE, BECOME A
RECRUITER! IF YOU ARE A SERGEANT THRU
SERGEANT FIRST CLASS, FIND OUT IF YOU QUALIFY
AT HTTP://WWW.USAREC.ARMY.MIL/HQ/RECRUITER/.
MEMBER'S SGLI COVERAGE AMOUNT IS  $400,000
FAM/SPOUSE SGLI COVERAGE AMOUNT IS  $100,000
BAH BASED ON W/DEP, ZIP 66442
BANK  TRUSTBANK

WWW.DFAS.MIL

DFAS Form 702, Jan 02

Case 15-40713    Doc# 3    Filed 07/15/15    Page 3 of 3