**Form defo**  (Revised 12/01/2009)

United States Bankruptcy Court – District of Kansas
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 15−40713　　　　　　　　　　　　　　　Chapter: 13

In re:

Mark Anthony Cherry Jr.
1637 W. 14th Street Place
Junction City, KS 66441

SSN: xxx−xx−6000

Erin Elizabeth Cherry
fka　　Erin Donahue
1637 W. 14th Street Place
Junction City, KS 66441

SSN: xxx−xx−2766

| Entered By The Court 7/20/15 | ORDER TO CORRECT DEFECTIVE PLEADING(S) | **Filed By The Court** 7/20/15 **David D. Zimmerman Clerk of Court US Bankruptcy Court** |

The following pleading was filed in this matter and is defective for the following reason(s):

*1* – Chapter 13 Voluntary Petition . Fee Amount $310 Filed by Mark Anthony Cherry Jr., Erin Elizabeth Cherry Debtor Declaration Re: Electronic Filing due by 07/22/2015. (Troup, David)

The Voluntary Petition must be signed by both debtors in accordance with 28 U.S.C. § 1746; and F.R.B.P 1008 and 9011. Please amend the first three pages of the voluntary petition .

The Clerk of the United States Bankruptcy Court will take no further action and no hearing will be scheduled on the court's calendar until the filer corrects the above−described deficiency. Your motion or application will not be heard until you give proper notice.

The person filing the pleading is ordered to correct all deficiencies listed above within fourteen (14) days of the date hereof. Failure to timely comply will result in this matter being set on the Court's Show Cause Docket or the motion or application denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 13 − 1

s/　David D. Zimmerman
Clerk, United States Bankruptcy Court