IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN THE MATTER OF:

| | |
|---|---|
| MARK ANTHONY CHERRY JR | CHAPTER 13 |
| ERIN ELIZABETH CHERRY | CASE NO: 15-40713 |

FOR: SPECIALIZED LOAN SERVICING LLC          OBJECTION TO CLAIM NO: 14

**OBJECTION TO CLAIM**

    COMES NOW, Jan Hamilton, Trustee, and objects to the allowance of the above claim as filed and recommends to the Court it be treated as follows:

Allowed as a MORTGAGE ARREARS claim in the amount shown at right for the following reason(s):    $0.00 Principal
    $0.00 Interest

    The condominium will be surrendered pursuant to the plan.

WHEREFORE, the Trustee prays the foregoing claim be allowed as set forth above.

DATED: January 13, 2016           /s/ - Jan Hamilton, Trustee   #08163
                                                       Topeka, KS  66601-3527
                                                       (785) 234-1551   jan.hamilton@topeka13trustee.com

**NOTICE WITH OPPORTUNITY FOR HEARING**

    The above-named creditor, debtor(s), and debtors' attorney are hereby notified of this Objection and given 30 days from January 13, 2016 to file written objection thereto. If no objection is filed, an ex parte order will be entered. If an objection is filed by February 12, 2016, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court 444 SE Quincy Room 210 Topeka, KS, 66683, on March 09, 2016 at 9:00 am.

**CERTIFICATE OF SERVICE**

    I certify that I electronically filed the above and foregoing Objection with the Court via the CM/ECF system, which notices all interested parties using the CM/ECF system. I have also mailed this pleading first class, to the following parties on this date: January 13, 2016.

*FG19/TW*                                                                                     /s/ - Jan Hamilton, Trustee

MARK ANTHONY CHERRY JR | ERIN ELIZABETH CHERRY | 202 PAPILLON DR | SWANSEA, IL  62226
SPECIALIZED LOAN SERVICING LLC | BANKRUPTCY DEPARTMENT | 8742 LUCENT BLVD  STE 300 | HIGHLANDS RANCH, CO  80129